UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 26-80003-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

        Plaintiff(s),

vs.

RONALD ALAN FRANKEL,

        Defendant(s).
_____/

### QUESTION/NOTE FROM THE JURY TO THE COURT

Can we get a transcript? We need her responses to the plane trip & gifts. Taylor Fords transcript cross examine regarding why she came to Florida.

PLEASE SIGN
PRINT: __

DATE 2/24/26

We can provide you a transcript, but not until tomorrow morning. It is lengthy. Let me know if you need it.

Don Middlebrooks