UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  26-80003-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

        Plaintiff(s),

vs.

RONALD ALAN FRANKEL,

        Defendant(s).
_____/

## QUESTION/NOTE FROM THE JURY TO THE COURT

What happens if we ~~can~~ cannot reach a unanimous decision?
(Before we order lunch...?)

PLEASE SIGN _____

PRINT: _____

DATE: 2/25/26

Please continue to deliberate in an effort to reach an unanimous verdict if you can do so.

Don Middlebrooks