UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.   26-80003-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

        Plaintiff(s),

vs.

RONALD ALAN FRANKEL,

        Defendant(s).
_____/

## QUESTION/NOTE FROM THE JURY TO THE COURT

We have exhausted all means of debate + discussion - gone over transcripts and evidence and we have members who are adamant on their positions. We are deadlocked.

PLEASE SIGN [signature]

PRINT: (as foreman on behalf of the 12 members)

DATE 2/25/26