UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  26-80003-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

        Plaintiff(s),

vs.

RONALD ALAN FRANKEL,

        Defendant(s).
_____/

**QUESTION/NOTE FROM THE
JURY TO THE COURT**

Still hopelessly deadlocked

PLEASE SIGN
PRINT:

DATE 9/25/26