UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-CR-80003-MIDDLEBROOKS/MATTHEWMAN

UNITED STATES OF AMERICA

vs.

RONALD ALAN FRANKEL
_____/

## RONALD ALAN FRANKEL'S RENEWED
## MOTION TO DISMISS THE INDICTMENT

Ron Frankel respectfully renews his motion to dismiss the indictment for the reasons explained orally at the close of the government's case, in the written motion to dismiss, (Doc. 28), and the trial brief on mens rea. (Doc. 44). Now that the case has been tried, this Court has all of the facts. The interesting legal issues cannot be decided unless either (1) this Court dismisses the case and the government appeals or (2) the government retries the case, Frankel is convicted, and he appeals. Instead of putting the parties through another expensive and emotionally taxing trial on the complaining witness and her mother, we respectfully request that the Court dismiss the indictment and allow the government to appeal so that the court of appeals and possibly Supreme Court can decide whether the word "knowingly" modifies all of the elements in the statute as the Supreme Court has held in other cases. *See, e.g., Rehaif v. United States*, 139 S. Ct. 2191 (2019) (holding that when Congress includes the scienter term "knowingly" in a criminal statute, courts must apply it to each element of the offense absent a clear indication otherwise); *Flores-Figueroa v. United States*, 556 U.S. 646, 650 (2009) (under the normal rules of English grammar and

longstanding interpretive canons, an opening adverb like "knowingly" applies to all of the verbs and objects that follow in the sentence).

                        Respectfully submitted,

                        **MARKUS/MOSS PLLC**
                        40 N.W. Third Street, PH1
                        Miami, Florida 33128
                        Tel: (305) 379-6667
                        markuslaw.com

                By:    /s/ David Oscar Markus
                        David Oscar Markus
                        Florida Bar Number 119318
                        dmarkus@markuslaw.com

                        /s/ Lauren Field Krasnoff
                        Lauren Field Krasnoff
                        Florida Bar Number 86951
                        lkrasnoff@markuslaw.com

                        /s/ Lauren Doyle Perez
                        Lauren Doyle Perez
                        Florida Bar Number 117687
                        ldoyle@markuslaw.com