UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-CR-80003-MIDDLEBROOKS/MATTHEWMAN

UNITED STATES OF AMERICA

vs.

RONALD ALAN FRANKEL
_____/

## RONALD ALAN FRANKEL'S NOTICE
## IN LIGHT OF THE SUPERSEDING INDICTMENT

After the defense renewed its Motion to Dismiss, DE 74, and its Motion for Judgment of Acquittal, DE 78, the government superseded the indictment to add a few words – the charge remains the same, but the government now alleges that the illegal activity includes prostitution. This does not alter the arguments raised in either motion. We adopt those here and reassert them.

Respectfully submitted,

**MARKUS/MOSS PLLC**
40 N.W. Third Street, PH1
Miami, Florida 33128
Tel: (305) 379-6667
markuslaw.com

By:   /s/ David Oscar Markus
      David Oscar Markus
      Florida Bar Number 119318
      dmarkus@markuslaw.com

      /s/ Lauren Field Krasnoff
      Lauren Field Krasnoff
      Florida Bar Number 86951
      lkrasnoff@markuslaw.com

      /s/ Lauren Doyle Perez
      Lauren Doyle Perez
      Florida Bar Number 117687
      ldoyle@markuslaw.com