UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 26-CR-80003-DMM

**UNITED STATES OF AMERICA**

vs.

**RONALD ALAN FRANKEL,**

    **Defendant.**
_____/

## GOVERNMENT'S RESPONSE TO DEFENDANT'S RENEWED MOTION TO DISMISS INDICTMENT

Prior to trial, the defendant filed a motion to dismiss the Indictment. DE 28. The Court denied that motion. DE 49. After the trial, in open court, the defendant renewed his motion to dismiss the Indictment. The Court again denied the motion. The Court's holding was the same both times: actual knowledge of the victim's age is not an element of the offense; a mistake of age defense is not permitted under Eleventh Circuit precedent; and doing so is not unconstitutional. The defendant again makes the same motion. In opposing the defendant's renewed motion to dismiss the Indictment/Superseding Indictment[1], the government relies on its prior responses in docket entries 31 and 33, its arguments in Court, the Court's written order in docket entry 49, and Court's ruling when it denied the motion in open court. The Court has already ruled on this legal issue twice and it should not reverse course. *See United States v. Solomon*, 513 F. App'x 895, 902 (11th Cir. 2013) *citing This That & the Other Gift & Tobacco, Inc. v. Cobb Cnty., Ga.*, 439 F.3d 1275, 1283–84 (11th Cir.2006) ("When a court decides a question of law, the only means by

---

[1] After the hung jury, the government obtained a Superseding Indictment adding one word to the Indictment, which did not change any of the legal analysis as to this issue.

1

which the law-of-the-case doctrine can be overcome is if: (1) since the prior decision, new and substantially different evidence is produced, or there has been a change in the controlling authority; or (2) the prior decision was clearly erroneous and would result in a manifest injustice.")

    Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY
By: /s/ Marton Gyires
MARTON GYIRES
ASSISTANT UNITED STATES ATTORNEY
A#5501696
Email: marton.gyires@usdoj.gov
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: 561-209-1047

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will transmit notification to all parties of record.

/s/ Marton Gyires
MARTON GYIRES
ASSISTANT UNITED STATES ATTORNEY